**Vladimir KRUPIN, Appellant**

v.

**Anotoly LEVANT & Hanik Avshman, Appellees.**

No. 05–12–01441–CV.

Court of Appeals of Texas, Dallas.

Jan. 16, 2013.

Robert Jones, Dallas, TX, for appellant.

Stephen A. Coke, Dallas, TX, for appellees.

Before Chief Justice WRIGHT, Justice LANG–MIERS and Justice LEWIS.

## OPINION

Opinion by Chief Justice WRIGHT.

The clerk's record in this case is overdue. By letter dated December 12, 2012, we notified appellant that the Collin County District Clerk notified us that the clerk's record had not been filed in this Court because appellant had not paid for or made arrangements to pay for the record. We directed appellant to, within ten days, provide this Court with written verification that he had either paid for or made arrangements to pay for the clerk's record or that he has been found entitled to proceed without payment of costs. We cautioned appellant that failure to provide the required documentation within the time specified might result in the dismissal of this appeal. To date, appellant has not provided the Court with the requested documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX.R.APP. P. 37.3(b), 42.3(c).